# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEVEN H. LAFIN　　　　　　　　　　　　　　　　　Case Number: 05-75743
402 STAFFORDSHIRE DRIVE　　SSN-xxx-xx-5147
POPLAR GROVE, IL 61065

Case filed on: 10/6/2005
Plan Confirmed on: 2/16/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,289.00　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | COSTELLO & COSTELLO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARI / TIME SHARE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | STEVEN H. LAFIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITI FINANCIAL | 3,845.79 | 3,845.79 | 2,552.30 | 542.52 |
| 002 | WELLS FARGO FINANCIAL | 25.00 | 25.00 | 0.00 | 0.00 |
|  | Total Secured | 3,870.79 | 3,870.79 | 2,552.30 | 542.52 |
| 001 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ARI / TIME SHARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CITIBANK F.S.B. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CARDHOLDER SERVICES | 4,348.71 | 4,348.71 | 0.00 | 0.00 |
| 007 | ICMA RETIREMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIBANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | B-REAL LLC | 12,784.30 | 12,784.30 | 0.00 | 0.00 |
|  | Total Unsecured | 17,133.01 | 17,133.01 | 0.00 | 0.00 |
|  | Grand Total: | 21,003.80 | 21,003.80 | 2,552.30 | 542.52 |

Total Paid Claimant: $3,094.82
Trustee Allowance: $194.18
Percent Paid Unsecured: 0.00

　　　Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/27/2007　　　　　　By /s/Heather M. Fagan